# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

First Time Videos LLC

                Plaintiff,

v.                                           Case No.: 1:11–cv–09066

                                                          Honorable Milton I. Shadur

John Does 1 – 43

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 22, 2011:

      MINUTE entry before Honorable Milton I. Shadur:Civil case terminated. This action is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1). Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.